**BIRNBERG & ASSOCIATES**
CORY A. BIRNBERG (SBN 105468)
1083 Mission Street Third Floor
San Francisco, California 94103
Telephone Number: (415) 398-1040
Facsimile Number: (415) 398-2001
Email: birnberg@birnberg.com

Attorneys for Plaintiffs
Rhonda Negrillo & Richard Negrillo

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| RHONDA NEGRILLO, RICHARD NEGRILLO,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES, LTD., WHICH WILL DO BUSINESS IN CALIFORNIA AS PRINCESS CRUISES, Does 1-20.<br><br>Defendants. | Case No. 2:20- cv-07093 RGK (MAAx)<br><br>(~~PROPOSED~~) ORDER FOR DISMISSAL WITH PREJUDICE |

Having considered the Stipulation of the parties concerning the dismissal, the entire action is dismissed, with prejudice pursuant to Rule F.R.Civ.P 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: July 29, 2021          By /s/ Gary Klausner
                                    United States District Judge

Order Re Dismissal                    -1-